GEORGE J. HORNBECK, Respondent, v. H. EUGENE TOWNER, Appellant.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

